IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:88-cr-01007-MP-AK-3

RUFUS C ROCHELL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1414, Motion for Relief Pursuant to Old Law Rule 35(a) by Rufus C Rochell.  Defendant moves the Court to modify his sentence, pursuant to the old version of Rule 35(a), which is applicable to offenses committed prior to November 1, 1987.  This rule as in effect prior to amendment by Pub. L. 98-473 read as follows: "The court may correct an illegal sentence at any time and may correct a sentence imposed in an illegal manner within the time provided herein for the reduction of sentence."  Fed. R. Crim. P. 35(a) (1987).  This motion, which attacks the sentence imposed by this Court, is construed as a § 2255 motion.  Defendant was previously denied collateral relief on the merits of his § 2255 motion, and therefore he is barred from seeking such relief in this Court absent prior certification from the Eleventh Circuit.  28 U.S.C. §§ 2255(h), 2244(b)(3).  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. Motion to modify sentence, Doc. 1414, is DENIED.

**DONE AND ORDERED** this  *7th* day of September, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
