**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                   CASE NO. 1:88cr1007-MP-003

RUFUS C. ROCHELL

_____/

**O R D E R**

This matter is before the court on Limited Remand from the United States Court of Appeals for the Eleventh Circuit. (Doc. 1442). The Eleventh Circuit notes that the defendant seeks a certificate of appealability ("COA"), as construed from his notice of appeal. Because the court has made no ruling with respect to a COA, the Eleventh Circuit has remanded so that this court may consider whether such certificate is appropriate for any of the issues the defendant seeks to raise on appeal.

This court will issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326, 123 S. Ct. 1029, 1034 (2003). "Where a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either that the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604 (2000).

As set out in the court's order, defendant's motion for relief attacks the sentence imposed by this court and is construed as a § 2255 motion. Defendant was previously denied collateral relief on the merits of his § 2255 motion, and therefore is barred from seeking such relief in this court absent prior certification from the Eleventh Circuit. *See* 28

U.S.C. §§ 2255(h) and 2244(b)(3). Accordingly, the court finds that petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Therefore, no certificate of appealability is appropriate in this case.

Accordingly, the Motion for Certificate of Appealability (doc. 1443) is DENIED.

**DONE and ORDERED** this 5th day of April, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**