# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:88-cr-01007-MP-GRJ-3

RUFUS C. ROCHELL,

    Defendant.

_____/

## O R D E R

This matter is before the Court on defendant's Motion for Reconsideration. (Doc. 1463). Defendant Rochell requests that the Court reconsider its September 1, 2012 order denying motion for sentence reduction, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Rule 59(e) permits a motion to alter or amend a judgment within twenty-eight (28) days of entry of the judgment. However, the judgment in this case was entered on October 21, 1988 and the defendant requests reconsideration of an order of the Court. Thus, Rule 60(b) is the proper vehicle for defendant's motion.

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, "the court may relieve a party . . . from a final judgment, order, or proceeding for . . . (6) any [ ] reason that justifies relief." Fed. R. Civ. P. 60(b). However, "relief under [Rule 60(b)(6)] is an extraordinary remedy which may be invoked only upon a showing of exceptional circumstances," and "absent such relief, an extreme and unexpected hardship will result." *Griffin v. Swim-Tech Corp.*, 722 F.2d 677, 680 (11th Cir. 1984). Even when such circumstances exist, "whether to grant the requested relief is a matter for the district court's sound discretion." *Mock v. Bell Helicopter Textron, Inc.*, 373 Fed. Appx. 989, 991 (11th Cir. 2010).

The defendant has failed to show any exceptional circumstances that would justify relief under Rule 60(b).

Accordingly, defendant's motion for reconsideration (doc. 1463) is DENIED.

**DONE AND ORDERED** this   *2nd* day of October, 2012

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge