# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:88-cr-01007-MP-GRJ-3

RUFUS C. ROCHELL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on defendant's Second Motion for Reconsideration. (Doc. 1472). Defendant requests the court to reconsider its October 2, 2012 order denying defendant's motion to reconsider the Court's September 1, 2012 order denying motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). However, defendant has simultaneously filed a notice of appeal to the United States Court of Appeals for the Eleventh Circuit. (*See* doc. 1473). Despite defendant's instructions to "hold [the notice of appeal] in abeyance pending a ruling on his enclosed second motion for reconsideration," (doc 1473) the Court lacks jurisdiction to reconsider these issues.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Defendant's second motion for reconsideration (doc. 1472) is DENIED for lack of jurisdiction.

**DONE AND ORDERED** this  _29th_ day of October, 2012

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge