# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:88-cr-01007-MP-GRJ-3

RUFUS C. ROCHELL,

　　Defendant.

_____/

## O R D E R

This matter is before the Court on defendant's Second Motion for Reinstatement of Defendant's Second Motion for Reconsideration Denied for Lack of Jurisdiction. (Doc. 1489). Nothing in the current motion supports reconsideration of the conclusion that the Court lacks jurisdiction to consider defendant's motion for reconsideration.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Defendant's second motion for reinstatement of his second motion for reconsideration (doc. 1489) is DENIED.

**DONE AND ORDERED** this __20th__ day of November, 2012

　　　　　　　　　　　　　　　　　　　　*s/Maurice M. Paul*
　　　　　　　　　　　　　　　　　　　　Maurice M. Paul, Senior District Judge