IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:88-cr-01007-MP-GRJ-3

RUFUS C. ROCHELL,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 22, 2014. (Doc. 1542). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation (Doc. 1542) is adopted and incorporated by reference in this order.

2.     Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. 1541) is DISMISSED as this Court lacks jurisdiction to consider a successive § 2255 motion absent authorization from the Eleventh Circuit.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases in the U.S. District Courts.

**DONE AND ORDERED** this  *21st* day of February, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge